NO. CAAP-11-0001020

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

RICHARD DANCIL, an individual,
Plaintiff-Appellant,
v.
ALAN ARAKAWA, AS MAYOR OF COUNTY OF MAUI;
OFFICE OF ECONOMIC DEVELOPMENT, COUNTY OF MAUI;
DEPARTMENT OF PLANNING, COUNTY OF MAUI;
LAHAINA TOWN ACTION COMMITTEE;
JOHN DOES 1-50; JANE DOES 1-50;
DOE CORPORATIONS, PARTNERSHIPS,
GOVERNMENTAL ENTITIES 1-50,
Defendants-Appellees,
and
NA MAKUA OʻMAUI,
Plaintiff-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 11-1-0788)

ORDER DENYING PLAINTIFF-APPELLANT'S
MOTION FOR RECONSIDERATION
(By: Nakamura, C.J., Foley and Ginoza, JJ.)

Upon consideration of "Plaintiff-Appellant Richard
Dancil's Motion for Reconsideration Pursuant to HRAP Rule 40 of
Order of Oct 29, 2012 to Deny Plaintiff-Appellant's Motion for
Stay of Halloween Event in Lahaina Pending Appeal" filed October

30, 2012, the papers in support of the motion, and the records and files herein,

IT IS HEREBY ORDERED that the motion is denied.

DATED:  Honolulu, Hawaii, October 30, 2012.


Chief Judge

Associate Judge

Associate Judge